| | |
|---|---|
| 1 | **Jeremy D. Jass, SBN 279466** |
| 2 | jeremy@jasslaw.com |
|   | Jass Law |
| 3 | 4340 Von Karman Avenue, Suite 100 |
| 4 | Newport Beach, CA 92660 |
|   | Telephone: (562) 340-6299 |
| 5 | Fax: (562) 340-6422 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | BRAYDON LEE ESQUEDA |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAYDON LEE ESQUEDA, | Case No.: 5:20-cv-01743-MWF-SHK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Trial Date: December 5, 2023 |
| COUNTY OF SAN BERNARDINO; WYNN SRISUTASANAVONG, individually and as Deputy Sheriff for the San Bernardino Sheriff's Department; CORY VIGIL, individually and as Deputy Sheriff for the San Bernardino Sheriff's Department; and DOES 1-10, inclusive; | |
| Defendants. | |

NOTICE OF SETTLEMENT

1

**TO THE COURT:**

NOTICE IS HEREBY GIVEN that a settlement has been reached between the parties that would resolve all issues in this matter. The agreement reached is contingent on the approval of the County Board of Supervisors. Also, the parties are in the process of reducing the settlement to writing. After the settlement is approved and reduced to writing, the parties will submit a stipulated dismissal with prejudice. It is expected that this process will take approximately 60-90 days to complete. Accordingly, it is requested that the Court remove this case from its active case list and vacate all scheduled dates.

DATED: November 14, 2023    JASS LAW

By: *[signature: Jeremy D Jass]*
Jeremy D. Jass
Attorneys for Plaintiff
BRAYDON LEE ESQUEDA

DATED: November 14, 2023    WESIERSKI & ZUREK LLP

By:    /s/ *Michelle R. Prescott*
MICHELLE R. PRESCOTT
Attorneys for COUNTY OF SAN BERNARDINO, WYNN SRISUTASANAVONG, and CORY VIGIL